# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

Denise L. Konovich
Debtor

: Case No. 17-21184-GLT
:
: Chapter 13
:
:

## PROOF OF INCOME

KONOVICH, DENISE L

THERMAL WINDOWS AND DOORS LLC
3700 HANEY COURT
MURRYSVILLE PA 15668

1404-9549
5110 Purchasing/Buye
EE ID: 5001

DENISE L KONOVICH
24 CONCORD DRIVE
IRWIN PA 15642

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Denise L Konovich | | | | Salary | M72.00 | | 1869.84 | M408.00 | 10595.76 |
| 24 Concord Drive | | | | Holiday | | | | M24.00 | 623.28 |
| Irwin, PA 15642 | | | | Sick | | | | M24.00 | 623.28 |
| Soc Sec #: xxx-xx-xxxx  Employee ID: 5001 | | | | Vacation | M8.00 | | 207.76 | M24.00 | 623.28 |
| Clock ID: 5001 | | | | ER Cost -Memo | | | M3.55 | | M21.30 |
| Home Department: 5110 Purchasing/Buyers | | | | ER Cost -Memo | | | M109.80 | | M658.80 |
| | | | | ER Cost -Memo | | | M13.51 | | M81.06 |
| Pay Period: 03/05/17 to 03/18/17 | | | | Total Hours | 80.00 | | | 480.00 | |
| Check Date: 03/24/17  Check #: 14791 | | | | Gross Earnings | | | 2077.60 | | 12465.60 |
| NET PAY ALLOCATIONS | | | | Total Hrs Worked | 72.00 | | | | |
| | | | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | Social Security | | | 127.54 | | 765.24 |
| Check Amount | 0.00 | 0.00 | | Medicare | | | 29.83 | | 178.97 |
| Chkg 1251 | 1475.77 | 8960.59 | | Fed Income Tax | S 4 | | 165.20 | | 1009.90 |
| NET PAY | 1475.77 | 8960.59 | | PA Income Tax | | | 63.15 | | 378.90 |
| ADDITIONAL INFORMATION | | | | PA Unemploy | | | 1.45 | | 8.70 |
| Supervisor | Funk, Roderick D | | | PA LMURR-Wes L | | | 2.00 | | 12.00 |
| Message: | Visit www.paychexflex.com to register and view 2017 Employee Handbook & Company Policies. | | | PA MURRY-Wes I | | | 20.57 | | 123.42 |
| | | | | TOTAL | | | 409.74 | | 2477.13 |
| | | | DEDUCTIONS | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
| | | | | 401k EE Pretax | | | 124.66 | | 623.30 |
| | | | | Dental EE+C Pre | | | 20.49 | | 122.94 |
| TIME OFF (Based on Policy Year) | | | | LTD | | | 18.69 | | 112.14 |
| DESCRIPTION | AMT TAKEN | AVAIL BAL | | Life Child Opti | | | 1.73 | | 10.38 |
| Floating Holiday | 0.00 hrs | 8.00 hrs | | Life Chld Opt'l | | | 0.09 | | 0.54 |
| Sick | 0.00 hrs | 8.00 hrs | | Life EE Opt'l A | | | 1.38 | | 8.28 |
| Vacation | 8.00 hrs | 40.00 hrs | | Life EE Optiona | | | 25.05 | | 150.30 |
| | | | | TOTAL | | | 192.09 | | 1027.88 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1475.77 | 8960.59 |

0940 1404-9549 Thermal Windows and Doors LLC • 3700 Haney Court • Murrysville PA 15668 • (724) 325-6106

THERMAL WINDOWS AND DOORS LLC
3700 HANEY COURT
MURRYSVILLE PA 15668

1404-9549
5110 Purchasing/Buye
EE ID: 5001

DENISE L KONOVICH
24 CONCORD DRIVE
IRWIN PA 15642

**PERSONAL AND CHECK INFORMATION**
Denise L Konovich
24 Concord Drive
Irwin, PA 15642

Soc Sec #: xxx-xx-xxxx    Employee ID: 5001
Clock ID: 5001
Home Department: 5110 Purchasing/Buyers

Pay Period: 02/19/17 to 03/04/17
Check Date: 03/10/17    Check #: 14661

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 1251 | 1475.77 | 7484.82 |
| **NET PAY** | **1475.77** | **7484.82** |

**ADDITIONAL INFORMATION**

Message:    Visit www.paychexflex.com to register and view 2017 Employee Handbook & Company Policies.

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | AVAIL BAL |
|---|---|---|
| Floating Holiday | 0.00 hrs | 8.00 hrs |
| Sick | 8.00 hrs | 8.00 hrs |
| Vacation | 0.00 hrs | 48.00 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | M72.00 | | 1869.84 | M336.00 | 8725.92 |
| Holiday | | | | M24.00 | 623.28 |
| Sick | M8.00 | | 207.76 | M24.00 | 623.28 |
| Vacation | | | | M16.00 | 415.52 |
| ER Cost -Memo | | | M3.55 | | M17.75 |
| ER Cost -Memo | | | M109.80 | | M549.00 |
| ER Cost -Memo | | | M13.51 | | M67.55 |
| Total Hours | 80.00 | | | 400.00 | |
| Gross Earnings | | | 2077.60 | | 10388.00 |
| Total Hrs Worked | 72.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 127.54 | 637.70 |
| Medicare | | 29.83 | 149.14 |
| Fed Income Tax | S 4 | 165.20 | 844.70 |
| PA Income Tax | | 63.15 | 315.75 |
| PA Unemploy | | 1.45 | 7.25 |
| PA LMURR-Wes L | | 2.00 | 10.00 |
| PA MURRY-Wes I | | 20.57 | 102.85 |
| **TOTAL** | | **409.74** | **2067.39** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 401k EE Pretax | 124.66 | 498.64 |
| Dental EE+C Pre | 20.49 | 102.45 |
| LTD | 18.69 | 93.45 |
| Life Child Opti | 1.73 | 8.65 |
| Life Chld Opt'l | 0.09 | 0.45 |
| Life EE Opt'l A | 1.38 | 6.90 |
| Life EE Optiona | 25.05 | 125.25 |
| **TOTAL** | **192.09** | **835.79** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1475.77 | 7484.82 |

0940 1404-9549 Thermal Windows and Doors LLC • 3700 Haney Court • Murrysville PA 15668 • (724) 325-6106

THERMAL WINDOWS AND DOORS LLC  
3700 HANEY COURT  
MURRYSVILLE PA 15668  

1404-9549  
5110 Purchasing/Buye  
EE ID: 5001  

DENISE L KONOVICH  
24 CONCORD DRIVE  
IRWIN PA 15642  

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Denise L Konovich | | |
| 24 Concord Drive | | |
| Irwin, PA 15642 | | |
| Soc Sec #: xxx-xx-xxxx   Employee ID: 5001 | | |
| Clock ID: 5001 | | |
| Home Department: 5110 Purchasing/Buyers | | |
| Pay Period: 02/05/17 to 02/18/17 | | |
| Check Date: 02/24/17   Check #: 14531 | | |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 1251 | 1475.77 | 6009.05 |
| NET PAY | 1475.77 | 6009.05 |

**ADDITIONAL INFORMATION**

| | |
|---|---|
| Message: | Visit www.paychexflex.com to register and view 2017 Employee Handbook & Company Policies. |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | AVAIL BAL |
|---|---|---|
| Floating Holiday | 0.00 hrs | 8.00 hrs |
| Sick | 0.00 hrs | 16.00 hrs |
| Vacation | 8.00 hrs | 48.00 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | M72.00 | | 1869.84 | M264.00 | 6856.08 |
| Holiday | | | | M24.00 | 623.28 |
| Sick | | | | M16.00 | 415.52 |
| Vacation | M8.00 | | 207.76 | M16.00 | 415.52 |
| ER Cost -Memo | | | M3.55 | | M14.20 |
| ER Cost -Memo | | | M109.80 | | M439.20 |
| ER Cost -Memo | | | M13.51 | | M54.04 |
| Total Hours | 80.00 | | | 320.00 | |
| Gross Earnings | | | 2077.60 | | 8310.40 |
| Total Hrs Worked | 72.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 127.54 | 510.16 |
| Medicare | | 29.83 | 119.31 |
| Fed Income Tax | S 4 | 165.20 | 679.50 |
| PA Income Tax | | 63.15 | 252.60 |
| PA Unemploy | | 1.45 | 5.80 |
| PA LMURR-Wes L | | 2.00 | 8.00 |
| PA MURRY-Wes I | | 20.57 | 82.28 |
| TOTAL | | 409.74 | 1657.65 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 401k EE Pretax | 124.66 | 373.98 |
| Dental EE+C Pre | 20.49 | 81.96 |
| LTD | 18.69 | 74.76 |
| Life Child Opti | 1.73 | 6.92 |
| Life Chld Opt'l | 0.09 | 0.36 |
| Life EE Opt'l A | 1.38 | 5.52 |
| Life EE Optiona | 25.05 | 100.20 |
| TOTAL | 192.09 | 643.70 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1475.77 | 6009.05 |

0940 1404-9549 Thermal Windows and Doors LLC • 3700 Haney Court • Murrysville PA 15668 • (724) 325-6106

THERMAL WINDOWS AND DOORS LLC
3700 HANEY COURT
MURRYSVILLE PA 15668

1404-9549
5110 Purchasing/Buye
EE ID: 5001

DENISE L KONOVICH
24 CONCORD DRIVE
IRWIN PA 15642

**PERSONAL AND CHECK INFORMATION**
Denise L Konovich
24 Concord Drive
Irwin, PA 15642

Soc Sec #: xxx-xx-xxxx    Employee ID: 5001
Clock ID: 5001
Home Department: 5110 Purchasing/Buyers

Pay Period: 01/22/17 to 02/04/17
Check Date: 02/10/17    Check #: 14402

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 1251 | 1475.78 | 4533.28 |
| NET PAY | 1475.78 | 4533.28 |

**ADDITIONAL INFORMATION**

Message:    Visit www.paychexflex.com to register and view 2017 Employee Handbook & Company Policies.

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | AVAIL BAL |
|---|---|---|
| Floating Holiday | 0.00 hrs | 8.00 hrs |
| Sick | 8.00 hrs | 16.00 hrs |
| Vacation | 8.00 hrs | 56.00 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | M64.00 | | 1662.08 | M192.00 | 4986.24 |
| Holiday | | | | M24.00 | 623.28 |
| Sick | M8.00 | | 207.76 | M16.00 | 415.52 |
| Vacation | M8.00 | | 207.76 | M8.00 | 207.76 |
| ER Cost -Memo | | | M3.55 | | M10.65 |
| ER Cost -Memo | | | M109.80 | | M329.40 |
| ER Cost -Memo | | | M13.51 | | M40.53 |
| Total Hours | 80.00 | | | 240.00 | |
| Gross Earnings | | | 2077.60 | | 6232.80 |
| Total Hrs Worked | 64.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 127.54 | 382.62 |
| Medicare | | 29.82 | 89.48 |
| Fed Income Tax | S 4 | 165.20 | 514.30 |
| PA Income Tax | | 63.15 | 189.45 |
| PA Unemploy | | 1.45 | 4.35 |
| PA LMURR-Wes L | | 2.00 | 6.00 |
| PA MURRY-Wes I | | 20.57 | 61.71 |
| TOTAL | | 409.73 | 1247.91 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 401k EE Pretax | 124.66 | 249.32 |
| Dental EE+C Pre | 20.49 | 61.47 |
| LTD | 18.69 | 56.07 |
| Life Child Opti | 1.73 | 5.19 |
| Life Chld Opt'l | 0.09 | 0.27 |
| Life EE Opt'l A | 1.38 | 4.14 |
| Life EE Optiona | 25.05 | 75.15 |
| TOTAL | 192.09 | 451.61 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1475.78 | 4533.28 |

0940 1404-9549    Thermal Windows and Doors LLC • 3700 Haney Court • Murrysville PA 15668 • (724) 325-6106