**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 17−21184−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Denise L Konovich
   24 Concord Dr
   Irwin, PA 15642

Social Security No.:
   xxx−xx−1996

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Lawrence W. Willis<br>Willis & Associates<br>201 Penn Center Blvd<br>Suite 400<br>Pittsburgh, PA 15235<br>Telephone number: 412−825−5170 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| **DATE/TIME/LOCATION OF MEETING OF CREDITORS**<br>June 12, 2017<br>10:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | **CONFIRMATION HEARING DATE/TIME/LOC**<br>June 12, 2017<br>10:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 5/9/17

BY THE COURT

Gregory L. Taddonio
Judge

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                                    Case No. 17-21184-GLT
Denise L Konovich                                                         Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: culy              Page 1 of 2              Date Rcvd: May 09, 2017
                             Form ID: rsc13          Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2017.
```
db             +Denise L Konovich,    24 Concord Dr,    Irwin, PA 15642-9131
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14389912       +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
14389913      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa N,    Po Box 85015,    Richmond, VA 23285)
14389914       +Comenity Bank/buckle,    Po Box 182789,    Columbus, OH 43218-2789
14389915       +Comenity Bank/vctrssec,    Po Box 182789,    Columbus, OH 43218-2789
14389918       +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
14389919       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14389922       +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14389923       +Onemain,    Po Box 1010,    Evansville, IN 47706-1010
14390960       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14389926       +Receivable Management,    240 Emery St,    Bethlehem, PA 18015-1980
14408566       +Verizon,    PO Box 25505,    Lehigh Valley, PA 18002-5505
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 10 2017 00:44:07      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14389910       +E-mail/Text: ally@ebn.phinsolutions.com May 10 2017 00:43:50      Ally Financial,
                 P O Box 380901,    Bloomington, MN 55438-0901
14389916       +E-mail/Text: ccusa@ccuhome.com May 10 2017 00:43:50     Credit Coll/usa,
                 16 Distributor Dr Ste 1,    Morgantown, WV 26501-7209
14389920       +E-mail/Text: bankruptcy@icsystem.com May 10 2017 00:44:30      I C System Inc,   P.o. Box 64378,
                 St Paul, MN 55164-0378
14389921        E-mail/Text: JCAP_BNC_Notices@jcap.com May 10 2017 00:44:24      Jefferson Capital Syst,
                 16 Mcleland Rd,    Saint Cloud, MN 56303
14389924       +E-mail/Text: bankruptcy@loanpacific.com May 10 2017 00:44:35      Pacific Union Financia,
                 1603 Lbj Fwy Ste 500,    Farmers Branch, TX 75234-6071
14408561       +E-mail/Text: bankruptcy@loanpacific.com May 10 2017 00:44:35      Pacific Union Financial,
                 1603 Lbj Fwy Ste 500,    Farmers Branch, TX 75234-6071
14389925       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 10 2017 01:07:49
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14389927       +E-mail/PDF: gecsedi@recoverycorp.com May 10 2017 00:39:48      Syncb/amazon,   Po Box 965015,
                 Orlando, FL 32896-5015
14389928       +E-mail/PDF: gecsedi@recoverycorp.com May 10 2017 00:39:39      Syncb/paypal Smart Con,
                 Po Box 965005,    Orlando, FL 32896-5005
                                                                                              TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Pacific Union Financial, LLC
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14389911*      +Ally Financial,    P O Box 380901,    Bloomington, MN 55438-0901
14408549*      +Ally Financial,    P O Box 380901,    Bloomington, MN 55438-0901
14408550*      +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
14408551*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa N,    Po Box 85015,    Richmond, VA 23285)
14408552*      +Comenity Bank/buckle,    Po Box 182789,    Columbus, OH 43218-2789
14408553*      +Comenity Bank/vctrssec,    Po Box 182789,    Columbus, OH 43218-2789
14389917*      +Credit Coll/usa,    16 Distributor Dr Ste 1,    Morgantown, WV 26501-7209
14408554*      +Credit Coll/usa,    16 Distributor Dr Ste 1,    Morgantown, WV 26501-7209
14408555*      +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
14408556*      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14408557*      +I C System Inc,    P.o. Box 64378,    St Paul, MN 55164-0378
14408558*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Syst,    16 Mcleland Rd,    Saint Cloud, MN 56303)
14408559*      +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14408560*      +Onemain,    Po Box 1010,    Evansville, IN 47706-1010
14408562*      +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14408563*      +Receivable Management,    240 Emery St,    Bethlehem, PA 18015-1980
14408564*      +Syncb/amazon,    Po Box 965015,    Orlando, FL 32896-5015
14408565*      +Syncb/paypal Smart Con,    Po Box 965005,    Orlando, FL 32896-5005
                                                                                   TOTALS: 1, * 19, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2           User: culy                    Page 2 of 2                    Date Rcvd: May 09, 2017
                               Form ID: rsc13                Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2017 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Debtor Denise L Konovich help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 5
```