Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Denise L Konovich** : | Case No. 17−21184−GLT |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| : | |
| : | Related to Docket No. 33 |
| : | |

# ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 28th of March, 2019,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. *Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.*

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 17-21184-GLT
Denise L Konovich                                                   Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0315-2           User: dbas                  Page 1 of 2                  Date Rcvd: Mar 28, 2019
                               Form ID: 309                Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2019.
db             +Denise L Konovich,    24 Concord Dr,    Irwin, PA 15642-9131
14674354        Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
14651393       #+Pacific Union Financial, LLC,    7880 Bent Branch Drive #100,    Irving, TX 75063-6046
14604322       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14389926       +Receivable Management,    240 Emery St,    Bethlehem, PA 18015-1980

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14389910       +EDI: GMACFS.COM Mar 29 2019 06:18:00      Ally Financial,    P O Box 380901,
                 Bloomington, MN 55438-0901
14389912       +EDI: TSYS2.COM Mar 29 2019 06:18:00      Barclays Bank Delaware,    Po Box 8803,
                 Wilmington, DE 19899-8803
14389913        EDI: CAPITALONE.COM Mar 29 2019 06:18:00      Capital One Bank Usa N,    Po Box 85015,
                 Richmond, VA 23285
14389914       +EDI: WFNNB.COM Mar 29 2019 06:18:00      Comenity Bank/buckle,    Po Box 182789,
                 Columbus, OH 43218-2789
14389915       +EDI: WFNNB.COM Mar 29 2019 06:18:00      Comenity Bank/vctrssec,    Po Box 182789,
                 Columbus, OH 43218-2789
14389916       +EDI: CCUSA.COM Mar 29 2019 06:18:00      Credit Coll/usa,    16 Distributor Dr Ste 1,
                 Morgantown, WV 26501-7209
14389918       +EDI: TSYS2.COM Mar 29 2019 06:18:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
14389919       +EDI: AMINFOFP.COM Mar 29 2019 06:18:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
14389920       +EDI: IIC9.COM Mar 29 2019 06:19:00      I C System Inc,    P.o. Box 64378,
                 St Paul, MN 55164-0378
14389921        EDI: JEFFERSONCAP.COM Mar 29 2019 06:18:00      Jefferson Capital Syst,    16 Mcleland Rd,
                 Saint Cloud, MN 56303
14675706        EDI: JEFFERSONCAP.COM Mar 29 2019 06:18:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
14675867        EDI: RESURGENT.COM Mar 29 2019 06:18:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of NCOP XI, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14675868        EDI: RESURGENT.COM Mar 29 2019 06:18:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Arrow Financial Services,,    LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14389922       +EDI: MID8.COM Mar 29 2019 06:18:00      Midland Funding,    2365 Northside Dr Ste 30,
                 San Diego, CA 92108-2709
14673399       +EDI: MID8.COM Mar 29 2019 06:18:00      Midland Funding LLC,    PO Box 2011,
                 Warren MI 48090-2011
14423267        EDI: AGFINANCE.COM Mar 29 2019 06:18:00      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14389923       +EDI: AGFINANCE.COM Mar 29 2019 06:18:00      Onemain,    Po Box 1010,    Evansville, IN 47706-1010
14679180        EDI: PRA.COM Mar 29 2019 06:18:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14390960       +EDI: PRA.COM Mar 29 2019 06:18:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14389924       +E-mail/Text: bankruptcy@loanpacific.com Mar 29 2019 02:38:26      Pacific Union Financia,
                 1603 Lbj Fwy Ste 500,    Farmers Branch, TX 75234-6071
14408561       +E-mail/Text: bankruptcy@loanpacific.com Mar 29 2019 02:38:26      Pacific Union Financial,
                 1603 Lbj Fwy Ste 500,    Farmers Branch, TX 75234-6071
14389925       +EDI: PRA.COM Mar 29 2019 06:18:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
14644182        EDI: Q3G.COM Mar 29 2019 06:18:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
14389927       +EDI: RMSC.COM Mar 29 2019 06:18:00      Syncb/amazon,    Po Box 965015,    Orlando, FL 32896-5015
14389928       +EDI: RMSC.COM Mar 29 2019 06:18:00      Syncb/paypal Smart Con,    Po Box 965005,
                 Orlando, FL 32896-5005
14408566       +EDI: VERIZONCOMB.COM Mar 29 2019 06:18:00      Verizon,    PO Box 25505,
                 Lehigh Valley, PA 18002-5505
14664155       +E-mail/Text: rmcbknotices@wm.com Mar 29 2019 02:38:09      Waste Management,
                 2625 W Grandview Rd Ste 150,    Phoenix, AZ 85023-3109
                                                                                              TOTAL: 27

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr              Pacific Union Financial, LLC
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14389911*      +Ally Financial,    P O Box 380901,    Bloomington, MN 55438-0901
14408549*      +Ally Financial,    P O Box 380901,    Bloomington, MN 55438-0901
14408550*      +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
```

```
District/off: 0315-2              User: dbas                   Page 2 of 2               Date Rcvd: Mar 28, 2019
                                  Form ID: 309                 Total Noticed: 32


              ***** BYPASSED RECIPIENTS (continued) *****
14408551*       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One Bank Usa N,     Po Box 85015,    Richmond, VA 23285)
14408552*        +Comenity Bank/buckle,    Po Box 182789,    Columbus, OH 43218-2789
14408553*        +Comenity Bank/vctrssec,    Po Box 182789,    Columbus, OH 43218-2789
14389917*        +Credit Coll/usa,    16 Distributor Dr Ste 1,    Morgantown, WV 26501-7209
14408554*        +Credit Coll/usa,    16 Distributor Dr Ste 1,    Morgantown, WV 26501-7209
14408555*        +Dsnb Macys,   9111 Duke Blvd,    Mason, OH 45040-8999
14408556*        +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14408557*        +I C System Inc,    P.o. Box 64378,    St Paul, MN 55164-0378
14408558*       ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court: Jefferson Capital Syst,     16 Mcleland Rd,    Saint Cloud, MN 56303)
14408559*        +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14408560*        +Onemain,   Po Box 1010,    Evansville, IN 47706-1010
14408562*        +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,     Norfolk, VA 23502-4952
14408563*        +Receivable Management,    240 Emery St,    Bethlehem, PA 18015-1980
14408564*        +Syncb/amazon,    Po Box 965015,    Orlando, FL 32896-5015
14408565*        +Syncb/paypal Smart Con,    Po Box 965005,    Orlando, FL 32896-5005
                                                                                               TOTALS: 2, * 20, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               pabk@logs.com
              Lawrence W. Willis    on behalf of Debtor Denise L Konovich ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 6
```