**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| DENISE L KONOVICH | Case No.:17-21184 GLT |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/28/2017 and confirmed on 06/14/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 21,436.38 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 21,436.38 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,743.47 | |
|    Trustee Fee | 934.63 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,678.10 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC D/B/A MR C | 0.00 | 14,413.26 | 0.00 | 14,413.26 |
|   Acct: 7627 | | | | |
| NATIONSTAR MORTGAGE LLC D/B/A MR C | 2,265.21 | 0.00 | 0.00 | 0.00 |
|   Acct: 7627 | | | | |
| ONE MAIN FINANCIAL OF PA INC FKA SPR | 11,591.85 | 3,563.96 | 781.06 | 4,345.02 |
|   Acct: 4957 | | | | |
| | | | | 18,758.28 |
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DENISE L KONOVICH | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| LAWRENCE W WILLIS ESQ | 3,250.00 | 1,743.47 | 0.00 | 0.00 |
|   Acct: | | | | |

***NONE***

| 17-21184 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9206 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 2,466.55 | 0.00 | 0.00 | 0.00 |
| | Acct: 3638 | | | | |
| | CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8379 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 787.68 | 0.00 | 0.00 | 0.00 |
| | Acct: 2892 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 1,351.67 | 0.00 | 0.00 | 0.00 |
| | Acct: 7781 | | | | |
| | CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1802 | | | | |
| | CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1801 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 2,707.27 | 0.00 | 0.00 | 0.00 |
| | Acct: 0230 | | | | |
| | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6889 | | | | |
| | IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2351 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 692.01 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3280 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 566.09 | 0.00 | 0.00 | 0.00 |
| | Acct: 8582 | | | | |
| | REC MANAGEMENT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9218 | | | | |
| | MIDLAND FUNDING LLC | 1,393.81 | 0.00 | 0.00 | 0.00 |
| | Acct: 3696 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8582 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 524.84 | 0.00 | 0.00 | 0.00 |
| | Acct: 5721 | | | | |
| | WASTE MANAGEMENT* (PMT) | 205.25 | 0.00 | 0.00 | 0.00 |
| | Acct: 3000 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 621.76 | 0.00 | 0.00 | 0.00 |
| | Acct: 3507 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 535.25 | 0.00 | 0.00 | 0.00 |
| | Acct: 3754 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXPRAE | | | | |
| | JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KEVIN S FRANKEL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                                           18,758.28

```
TOTAL CLAIMED
  PRIORITY                0.00
  SECURED            13,857.06
  UNSECURED          11.852.18
```

Date: 05/17/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com